

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00809-CR

Laura C. **BUSTAMANTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR0019
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 11, 2023.

Luz Elena D. Chapa, Justice